## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Motorola Solutions, Inc.

                              Plaintiff,

v.                                           Case No.: 1:17−cv−01972
                                                  Honorable John Robert Blakey

Hytera Communications Corporation Ltd., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 5, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Defendants' unopposed motion for mandatory stay [32] is granted, and this case is hereby stayed pursuant to 28 U.S.C. § 1659(a). All set dates, including the 5/5/17 answer due date and the 5/18/17 initial status conference date, are stricken. The 5/11/17 Notice of Motion date is stricken, and the parties need not appear. The case is set for a status hearing on 9/7/17 at 9:45 a.m. in Courtroom 1725. The parties should be prepared at that time to advise the Court as to the status of the related proceedings before the United States International Trade Commission. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.