UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> HYTERA COMMUNICATIONS ) <br> CORPORATION LTD., and ) <br> HYTERA COMMUNICATIONS ) <br> AMERICA (WEST), INC., ) <br> ) <br> Defendants ) <br> ) <br> ) | Civil Action No. 1:17-cv-01972 <br><br> Honorable Steven C. Seeger |

**ORDER REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE,
NUMBER OF TERMS, AND BRIEFING PAGE LIMITS**

Before the Court is the parties' Joint Proposed Order Regarding Claim Construction Briefing Schedule, Number of Terms, and Briefing Page Limits ("Joint Proposed Order"). After careful consideration, the Court concludes that the Motion should be, and hereby is **GRANTED.**

It is therefore ORDERED that the deadlines in this case shall be modified as follows:

| Event | Existing Date (Dkt. No. 150) | New Date |
|---|---|---|
| Deadline to file opening claim construction briefs and joint appendix | August 10, 2020 | August 19, 2020 |
| Deadline to serve responsive claim construction briefs pursuant to LPR 4.2(c) | September 8, 2020 | September 14, 2020 |

All other currently scheduled dates remain the same.

It is also ordered that the parties shall jointly propose 22 terms total for construction pursuant to Local Patent Rule ("LPR") 4.1(b). These 22 terms will consist of five terms proposed

2

by both Motorola and Hytera for construction, as well as 17 additional terms to be proposed by Hytera.

It is also ordered that Hytera's opening claim construction brief shall not exceed 40 pages, Motorola's responsive claim construction brief shall also not exceed 40 pages, and Hytera's reply claim construction brief shall not exceed 20 pages.

Date: August 10, 2020

Steven C. Seeger
United States District Judge