**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HYTERA COMMUNICATIONS ) <br> CORPORATION LTD. ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 1:17-cv-01972 <br><br> Honorable Franklin U. Valderrama <br> Magistrate Judge Jeffrey Cummings |

## DEFENDANT'S MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 26.2 and the Stipulated Protective Order (Dkt. 87), Defendant Hytera Communications Corporation Ltd. ("Defendant" or "Hytera") respectfully moves this Court for leave to file under seal Hytera's Sur-Reply Regarding Its Motion to Extend Time to Produce Source Code (Dkt. No. 314) and the following Exhibits attached to the aforementioned Motion (collectively, the "Provisionally Sealed Documents"):

- Hytera's Sur-Reply Regarding Its Motion to Extend Time to Produce Source Code

- **Exhibit A**: Official letter from a Chinese a Chinese governmental body discussing Hytera's source code.

- **Exhibit B**: Certified English translation of the official letter from from a Chinese a Chinese governmental body discussing Hytera's source code.

The Provisionally Sealed Documents contain information and documents designated by the Chinese governmental body as for "Internal Use Only" and is otherwise considered by the Chinese governmental body as confidential.

WHEREFORE, Defendant respectfully moves this Court to seal the Provisionally Sealed Documents, as requested herein.

Date: August 22, 2023

Respectfully submitted,

*/s/ Todd R. Tucker*
Todd R. Tucker
ttucker@calfee.com
John S. Cipolla (*pro hac vice*)
jcipolla@calfee.com
Mark W. McDougall (*pro hac vice*)
mmcdougall@calfee.com
Andrew W. Alexander
aalexander@calfee.com
John L. Reulbach III (*pro hac vice*)
jreulbach@calfee.com
Dustin D. Likens (*pro hac vice*)
dlikens@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

Boyd Cloern (*pro hac vice*)
bcloern@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000 (Telephone)
(202) 429-3902 (Facsimile)

Daniel S. Stringfield
dstringfield@steptoe.com
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
(312) 577-1300 (Telephone)
(312) 577-1370 (Facsimile)

*Attorney for Defendant Hytera Communications Corp. Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, the foregoing was served upon counsel of record by virtue of the Court's electronic filing system.

*/s/ Todd R. Tucker*
One of the attorneys for Defendants
