# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> HYTERA COMMUNICATIONS ) <br> CORPORATION LTD. ) <br> ) <br> ) <br> Defendant ) <br> ) <br> ) <br> ) | Civil Action No. 1:17-cv-01972 <br><br> Hon. District Judge Franklin U. Valderrama <br><br> Hon. Magistrate Judge Jeffrey Cummings |

## UNOPPOSED MOTION TO RESCHEDULE CLAIM CONSTRUCTION HEARING

Plaintiff Motorola Solutions, Inc. ("Motorola") respectfully moves the Court to reschedule the claim construction hearing to a day during the week of November 27, 2023. On August 3, 2023, the Court scheduled the *Markman* hearing for this matter for October 5, 2023. Dkt. 311. That date does not work for Motorola because its lead counsel, Mr. Michael De Vries and Mr. Adam Alper, have a pre-existing conflict. Messrs. De Vries and Alper are lead counsel on a matter that is pending in the United States District Court for the Eastern District of Pennsylvania[1] and which has a trial scheduled to begin on October 3, 2023. Ex. 1 at 1 ¶ 1.[2]

The *Unisys* trial is expected to last until mid-to-late October. Following that trial, the Motorola team has other pre-existing conflicts due to other case commitments through November 17, 2023.

---

[1] *Unisys Corp. v. Gilbert et al.*, No. 2:23-cv-00555 (E.D. Pa.).

[2] All exhibits are appended to the Declaration of Ali-Reza Boloori filed in support of Motorola's present motion.

During the week of November 6, 2023: (i) Messrs. De Vries, Alper, and Deoras are lead counsel at a claim construction hearing in a case pending in the United States District Court for the District of Delaware[3] on November 7, 2023 (Ex. 2); and (ii) Messrs. De Vries, Alper, and Deoras are lead counsel in a matter pending in the United States District Court for the Southern District of California[4] that has a pre-trial conference scheduled for November 9, 2027 (Ex. 3).

During the week of November 13, 2023, at least two experts that Motorola may call at the hearing, Professor Stephen Wicker and Professor Kevin Almeroth both are due to appear at witnesses at trial. Because Hytera has indicated that it may call an expert witness at the claim construction hearing (*see* Dkts. 203, 308), Motorola reserves the right to do the same.

Given the Thanksgiving holiday during the week of November 20, 2023, Motorola respectfully requests that the Court reschedule the claim construction hearing in this matter to a day during the week of November 27, 2023. If that does not work with the Court's schedule, the parties stand ready to provide their availabilities for a mutually workable date thereafter.

Motorola has met and conferred with Hytera on this request, and Hytera does not oppose Motorola's motion.

---

[3] *State Farm Mutual Automobile Insurance Co. v. Amazon.com, Inc. et al.*, C.A. No. 1:22-cv-01447-CJB (D. Del.).

[4] *Omnitracs, LLC et al v. Platform Science, Inc.* No. 20-cv-958-CAB-DDL (S.D. Cal.).

| | |
|---|---|
| DATED: August 24, 2023 | Respectfully submitted, |
| |   /s/ *Akshay Deoras* |

Adam Alper (admitted *pro hac vice*)
adam.alper@kirkland.com
Akshay S. Deoras (admitted *pro hac vice*)
akshay.deoras@kirkland.com
Brandon H. Brown (IL Bar No. 266347 CA)
brandon.brown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael De Vries (admitted *pro hac vice*)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Ali-Reza Boloori (admitted *pro hac vice*)
ali-reza.boloori@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

David Rokach (IL SBN: 6279703)
david.rokach@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Plaintiff*
Motorola Solutions, Inc.

**CERTIFICATE OF SERVICE**

    I, Akshay S. Deoras, an attorney, hereby certify that on August 24, 2023, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED:  August 24, 2023             */s/ Akshay Deoras*
                                                     Akshay S. Deoras