# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Motorola Solutions, Inc.

                                            Plaintiff,

v.                                                                            Case No.: 1:17−cv−01972

                                                                         Honorable Franklin U. Valderrama

Hytera Communications Corporation Ltd., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 13, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report [339]. The parties are directed to continue to meet and confer in an effort to resolve their disputes related to Hytera's recent production of certain source code and Hytera's document production. In doing so, the parties shall take care to consider the Court's prior rulings. Unless otherwise ordered, by 11/9/23, the parties shall file a joint status report on H−series discovery and shall include a proposed deadline for the completion of that discovery. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.