# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Motorola Solutions, Inc.

                        Plaintiff,

v.

Hytera Communications Corporation Ltd., et al.

                        Defendant.

Case No.: 1:17−cv−01972

Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: For the reasons stated in the accompanying order, plaintiff's motion to hold defendant in contempt [349] is granted in part and denied in part. Plaintiff shall be awarded the reasonable attorney's fees incurred in litigating plaintiff's motion seeking leave to amend final infringement contentions and compelling discovery of technical information about Hytera's H−Series DMR products [254], defendant's objections to the Court's 1/5/2023 order [276], and defendant's motion for extension of time [295]. By 7/22/2024, plaintiff's counsel shall file a petition for fees, for the fees the Court has awarded above. If the parties cannot agree on plaintiff's requested fees, defendant shall respond to plaintiff's fee petition by 8/5/2024. The Court grants plaintiff's request to set discovery deadlines and sets the following schedule: H−Series fact discovery shall close on 8/16/2024; opening H−Series expert reports shall be disclosed by 9/20/2024; responsive H−Series expert reports shall be disclosed by 10/18/2024; H−Series expert discovery shall close on 11/1/2024. By 8/19/2024, the parties shall file a joint status report confirming the completion of H−Series fact discovery and indicating whether any disputes require the Court's attention. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.