**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-1972 |
| | ) | |
| v. | ) | Judge Franklin U. Valderrama |
| | ) | |
| HYTERA COMMUNICATIONS CORPORATION LTD., | ) | Magistrate Judge Jeannice W. Appenteng |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

Plaintiff's motion to hold defendant in contempt, Dkt. 349, is granted in part and denied in part. Given that defendant is now producing its H-Series code pursuant to the Honorable Martha M. Pacold's order in 17-1973, plaintiff's request that this Court order defendant to produce that H-Series code is now moot.[1] Dkt. 384 at 3. Further, while the Court declines to hold Hytera in contempt at present, compensatory sanctions are appropriate considering defendant's noncompliance with three court orders. *See* Dkt. 275, 291, 324 (all ordering defendant to produce its H-Series source code to no avail). The Court has reviewed defendant's various positions opposing production of its H-Series code and finds none to be substantially justified and further finds that, on this record, no circumstances make sanctions unjust. *See* Dkt. 263, 276, 282, 295, 297, 303, 314. Further, the Court finds that defendant has had a sufficient opportunity to respond as to why it should not be sanctioned. *See* Dkt. 385 (explaining why sanctions are not warranted).

Accordingly, pursuant to Rule 37(a)(5), the Court will award plaintiff the reasonable attorney's fees incurred in litigating plaintiff's motion seeking leave to amend final infringement contentions and compelling discovery of technical information about Hytera's H-Series DMR products, Dkt. 254. Plaintiff's calculation shall also include the reasonable fees incurred in litigating defendant's objections, Dkt. 276, to the Court's order resolving Dkt. 254, which the District Judge overruled, Dkt. 309.

---

[1] The parties' Agreed Protective Order, Dkt. 87, deems discovery produced in 17-1973 to also be produced in the instant case. Dkt. 384 at 3.

Additionally, pursuant to Rule 37(b)(2)(C), the Court will award plaintiff the reasonable attorney's fees incurred in litigating defendant's motion for extension of time to start production of source code, Dkt. 295, which defendant filed in a failed attempt to circumvent the Court's order directing defendant to make its source code available from June 7, 2023, to July 19, 2023, Dkt. 291. *See* Fed. R. Civ. P. 37(b)(2)(C) (allowing the court to order a party who disobeys a discovery order to "pay the reasonable expenses, including attorney's fees, caused by the failure" to follow that order).

By July 22, 2024, plaintiff's counsel shall file a petition for fees, for the fees the Court has awarded above. Plaintiff's counsel and defendant's counsel are encouraged to meet and confer regarding plaintiff's petition to determine if they can agree on the amount of reasonable fees incurred. If not, defendant shall respond to the fee petition by August 5, 2024.

The Court grants plaintiff's request to set a discovery schedule and finds defendant's contention that such a schedule be issued after the District Judge rules on claim construction unpersuasive. As plaintiff notes, "the parties' are more than capable of proceeding through expert discovery and addressing the parties' alternative construction proposals, something that is routine in patent litigation across the country . . . ." Dkt. 384 at 6. The Court sets the following discovery schedule: H-Series fact discovery shall close on August 16, 2024; opening H-Series expert reports shall be disclosed by September 20, 2024; responsive H-Series expert reports shall be disclosed by October 18, 2024; and H-Series expert discovery shall close on November 1, 2024.

By August 19, 2024, the parties shall file a joint status report confirming the completion of H-Series fact discovery and indicating whether any disputes require the Court's attention.

**So Ordered.**

Jeannice W. Appenteng

**Jeannice W. Appenteng**
**United States Magistrate Judge**